


# MEMORANDUM OPINION

No. 04-11-00164-CR

David Cepeda **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 928953
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  April 13, 2011

DISMISSED FOR LACK OF JURISDICTION

On February 11, 2011, appellant filed a notice of appeal in which he states "'No' sentence [was] imposed against Defendant on the 9th day of June 2006." No final judgment or appealable order signed by the trial court is contained in the clerk's record. Therefore, on March, 9, 2011, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant filed a response that does not provide a basis upon which this

court may exercise jurisdiction over his appeal.  We therefore dismiss the appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH